UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                     Chapter 11

Hellenic Petroleum, LLC,                                         Case No. 21-15568-EPK

    Debtor.
_____/

# CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), Hellenic Petroleum, LLC (the "Debtor"), files this Chapter 11 Case Management Summary and states as follows:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. **Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition)**: June 7, 2021.

2. **Names, case numbers and dates of filing of related debtors**: Hellenic Petroleum, LLC, Alleged Debtor, Involuntary Chapter 7 Case No. 21-12317-EPK pending before the U.S. Bankruptcy Court for the Southern District of Florida, West Palm Beach Division (the "Involuntary Case").

3. **Description of debtor's business**: The Debtor is a Florida limited liability company formed in 2016 and engaged in the fuel industry. Specifically, its business practices include: (a) buying and selling fuel, whether diesel, renewable or biodiesel marine, (b) storing and transporting fuel, and (c) delivering fuel to truck stops and gas stations.

4. **Locations of debtor's operations and whether the business premises are leased or owned**: The Debtor's principal place of business is located at 7000 W. Palmetto Park Rd., Suite 302, Boca Raton, FL 33433 (the "Boca Property"). The Debtor leases the Boca Property. The Debtor owns real property located at 312 East Grand Ave., Porterville, CA 93257 (the "California Property"). The Debtor's freightliner trucks and fuel are located on the California Property.

5. **Reasons for filing chapter 11**: As will be described in more detail in the Debtor's forthcoming *Emergency Motion (I) to Obtain Post-Petition Financing and Grant First Priority Lien Position, (II) Compromise Controversy with New York Entities, and (III) to Use Cash Collateral*, the Debtor obtains fuel on credit from suppliers and generates revenues by selling and transporting fuel to customers. Revenues are then used to pay operational expenses and to reduce payables. Recent expenses related to the COVID-19 pandemic, together with substantial fluctuations in fuel prices and demand, had significantly impacted the Debtor's cash flows. Just as the Debtor's business was recovering from the foregoing, it was forced to defend the Involuntary Case filed by

Pro Petroleum, LLC ("Pro Petroleum"). The Debtor vehemently disputes the allegations raised in the Involuntary Case and continues to defend itself in same. However, the filing of the Involuntary Case has caused immense damage to the Debtor and its reputation, as no suppliers are prepared to do business with the Debtor on credit. They require cash on delivery. In light of the immense damage caused by Pro Petroleum, the Debtor filed for chapter 11 bankruptcy relief to preserve its assets, restructure its debts and maintain its value as a going concern.

6. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing**:[1]

    - Panagiotis "Pete" Kechagias – Authorized Member, ~$666,000/year

7. **Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition**:

    - 2021 YTD (January 1, 2021 through June 1, 2021) = <$1,000,000

    - 2020 Full Year = ~$45,000,000

8. **Amounts owed to various creditors**:

    a. Obligations owed to priority creditors including priority tax obligations:
        - ~$400,000 for 2020 and 2021 payroll taxes

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

The following prepetition UCC financing statements were filed against the Debtor:

| Creditor | Date of UCC | Collateral | Status |
|---|---|---|---|
| First Community Bank | Sep. 5, 2017 | Two freightliners | Paid in full. |
| Business Capital Providers, Inc. | Oct. 12, 2017 | All personal property | Debtor is attempting to contact and obtain consent. |
| Advantage Capital Funding | Nov. 14, 2018 | All personal property | Paid in full. |
| Corporation Services Company, as representative ("CSC") | July 17, 2019 | All personal property | Debtor is attempting to contact and obtain consent. |
| Divergent Capital, Inc. (Global Merchant Cash, Inc. also listed as additional secured party) | Jul. 26, 2019 | All personal property | Paid in full. |
| CSC | Aug. 15, 2019 | All personal property | Debtor is attempting to contact and obtain consent. |
| GFE NY, LLC | Oct. 29, 2019 | All personal property | Consents. |
| CSC | Jan. 3, 2020 | All personal property | Debtor is attempting to contact and obtain consent. |

---

[1] All the Debtor's officers are family members. Jordan and Shelby are Neil Ruebens' son and daughter. Guo Xing is Neil Ruebens' spouse.

| Divergent Capital, Inc. | Mar. 16, 2020 | All personal property | Paid in full and consents. |
|---|---|---|---|
| U.S. Small Business Administration | Sep. 7, 2020 | All personal property | Debtor is attempting to contact and obtain consent. |
| CSC | Oct. 27, 2020 | Two vehicles. | Debtor is attempting to contact and obtain consent. |
| Fresh Funding Solutions, LLC | Nov. 12, 2020 | All accounts receivable and other receipts | Consents. |
| CSC | Mar. 5, 2021 | All personal property | Debtor is attempting to contact and obtain consent. |
| Cedar Advance, LLC | Mar. 8, 2021 | All personal property | Debtor is attempting to contact and obtain consent. |
| Fresh Funding Solutions, LLC | Mar. 10, 2021 | All personal property | Consents. |

In addition, The Huth Family Trust has a lien on the California Property for the sale of the California Property to the Debtor. The Debtor estimates that approximately $650,000 remains owing to The Huth Family Trust.

    c.  Amount of unsecured claims:
- Approximately $23,969,676.86

9. **General description and approximate value of the debtor's assets (without prejudice to the Debtor providing more exact information in its bankruptcy schedules):**

- California Property: $799,000
- Cash on hand: ~$20,000
- Office Equipment/Supplies: Unknown
- Fuel Tanks: Unknown
- Fuel Transport Trucks and Other Vehicles: ~$800,000
- Fuel: $0.00
- Fuel Pump Equipment: ~$50,000
- Other Miscellaneous Equipment: Unknown
- Interests in certain mineral rights per adversary proceeding styled *Kodiak Mining & Minerals II, LLC et al. v. Manfredo (In re Don Rose Oil Co., Inc.)*, Case No. 2017-01086, pending in the U.S. Bankruptcy Court for the Eastern District of California
- Damages against Pro Petroleum in the Involuntary Case per 11 U.S.C. § 303(i)

10. **List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires**:

- **Commercial General Liability**
    - Insurer: GuideOne Mutual Insurance Co.
    - Policy No. 62P100387-01
    - Policy Limits:
        - General Aggregate: $2,000,000

- ▪ Products/Completed Operations Aggregate: $2,000,000
- ▪ Per Occurrence Limit: $1,000,000
- ▪ Personal Injury and Advertising Injury Liability: $1,000,000
- ▪ Fire Damage Liability: $100,000
- ▪ Premises Medical Payments: $5,000
    - o Policy is Current
    - o Next Premium Due: N/A
    - o Expiration Date: September 7, 2021

- **Business Automobile**
    - o Insurer: GuideOne Mutual Insurance Co.
    - o Policy No. 62P100387-01
    - o Policy Limits:
        - ▪ Automobile Liability: $1,000,000 per accident
        - ▪ Medical Payments: $5,000 per person
        - ▪ Uninsured Motorist/Underinsured Motorist Coverage: $1,000,000 per accident
        - ▪ Comprehensive Coverage: Specific to Vehicle
        - ▪ Collision Coverage: Specific to Vehicle
    - o Coverage Extensions: Hired Auto Liability Coverage and Hired Auto Physical Damage Coverage
    - o Policy is Current
    - o Next Premium Due: N/A
    - o Expiration Date: September 7, 2021

- **Excess Liability Policy**
    - o Insurer: General Star Indemnity Company
    - o Policy No. IXG929581B
    - o Policy Limits: $5,000,000 each occurrence/annual aggregate
    - o Policy is Current
    - o Next Premium Due: N/A
    - o Expiration Date: September 7, 2021

- **Workers' Compensation Locations**
    - o Insurer: Insurance Company of the West
    - o Policy No. WPL 5058070 00
    - o Located: 312 E. Grand Ave., Porterville, CA 93257
    - o Policy is Current
    - o Next Premium Due: N/A
    - o Expiration Date: November 17, 2021

- **Workers' Compensation Policy**
    - o Insurer: Insurance Company of the West
    - o Policy No. WPL 5058070 00
    - o Policy Limits:
        - ▪ Coverage A – Workers' Compensation:

- California statutory limits
    - Coverage B – Employers' Liability:
        - Bodily Injury by Accident: $1,000,000 per accident
        - Bodily Injury by Disease: $1,000,000 policy limit
        - Bodily Injury by Disease: $1,000,000 per employee
  - Policy is Current
  - Next Premium Due: N/A
  - Expiration Date: November 17, 2021

11. **Number of employees and amounts of wages owed as of petition date**: The Debtor has ~8 employees and owes approximately $0.00 in wages as of the petition date. The Debtor provides payroll on a bi-weekly basis.

12. **Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A)**: The Debtor is current on all sales tax obligations. The Debtor is delinquent on payroll taxes for the years 2020 and 2021 in the approximate amount of $400,000.

13. **Anticipated emergency relief to be requested within 14 days from the petition date**:

    - Expedited Application to Employ Bradley S. Shraiberg and Shraiberg, Landau & Page, P.A. as General Bankruptcy Counsel to the Debtor

    - Emergency Motion (I) to Obtain Post-Petition Financing and Grant First Priority Lien Position, (II) Compromise Controversy with New York Entities, and (III) to Use Cash Collateral

> Respectfully submitted,
>
> Hellenic Petroleum, LLC
>
>
> By: ___*/s/ Panagiotis Kechagias*_____
>       Panagiotis Kechagias, Authorized Member

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service on June 7, 2021.

Respectfully submitted,

**SHRAIBERG, LANDAU & PAGE, P.A.**
Proposed Attorneys for the Debtor
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bss@slp.law
Email: pdorsey@slp.law
Email: jlanphear@slp.law

By: */s/ Patrick Dorsey*
    Bradley S. Shraiberg
    Florida Bar No. 121622
    Patrick Dorsey
    Florida Bar No. 0085841
    Joshua Lanphear
    Florida Bar No. 125421